**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SUSAN GUIHER** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:09CV322 LG-RHW** |
| | § | |
| **CUSTOM WOODWORKS, INC.** | § | **DEFENDANT** |

**JUDGMENT**

This matter having come on to be heard on the Motion for Summary Judgment [8] filed

by the Defendant, Custom Woodworks, Inc., the Court, after a full review and consideration of

the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the

memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the

Defendant, Custom Woodworks, Inc., pursuant to FED. R. CIV. P. 56. The Plaintiff's claims are

dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 3rd day of November, 2009.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE